DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4748
Facsimile: (415) 554-4715
E-Mail: brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*(See signature page for additional parties and counsel)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>Defendants. | Case No. 3:18-cv-02068-JST<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the United States Attorney's office was served with the complaint in this action on April 19, 2018;

WHEREAS, the defendants filed and served a notice of motion and motion to dismiss on June 18, 2018 (Dkt. 18);

WHEREAS, plaintiff intends to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a) in response to defendants' motion to dismiss, but require additional time to prepare

| | |
|---|---|
| 1 | their amendment; |
| 2 | WHEREAS defendants anticipate that they will require additional time to prepare a response to |
| 3 | the First Amended Complaint due to pre-scheduled annual leave; |
| 4 | NOW THEREFORE, the parties hereby stipulate that: (i) defendants' motion to dismiss shall |
| 5 | be taken off calendar upon the filing of plaintiffs' First Amended Complaint, (ii) plaintiffs shall file a |
| 6 | First Amended Complaint no later than July 23, 2018, and (iii) defendants shall file a response to the |
| 7 | First Amended Complaint no later than September 27, 2018.  The parties respectfully request that the |
| 8 | Court so order, subject to further stipulation or Court order. |
| 9 | Respectfully submitted, |
| 10 | Dated: June 27, 2018 |

DENNIS J. HERRERA
City Attorney
JESSE C. SMITH
RONALD P. FLYNN
YVONNE R. MERÉ
MOLLIE M. LEE
SARA J. EISENBERG
Deputy City Attorneys

By: */s/ Sara J. Eisenberg*
   SARA J. EISENBERG
   Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF
SAN FRANCISCO

CHAD A. READLER
Acting Assistant Attorney General
LESLEY R. FARBY
Assistant Branch Director, Civil Division
CESAR A. LOPEZ-MORALES
Trial Attorney

By: */s/ Cesar A. Lopez-Morales*
   CESAR A. LOPEZ MORALES
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   20 Massachusetts Ave. NW, Rm. 6216
   Washington, DC 20530
   Tel: (202) 305-8550
   Fax: (202) 616-8460
   Email: cesar.a.lopez-morales@usdoj.gov

Attorneys for Defendants JEFFERSON B.
SESSIONS III and UNITED STATES
DEPARTMENT OF JUSTICE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 28_____, 2018

                                        JON S. TIGAR
                                  United States District Judge

# ATTESTATION OF SIGNATURES

I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

      */s/ Sara J. Eisenberg*
Sara J. Eisenberg
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO