DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:          brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*(See signature page for additional parties and counsel)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, UNITED STATES DEPARTMENT OF JUSTICE, DOES 1-100,<br><br>Defendants. | Case No. 3:18-cv-02068-JST<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, the United States Attorney's office was served with the complaint in this action on April 19, 2018;

WHEREAS, the defendants filed and served a notice of motion and motion to dismiss on June 18, 2018 (Dkt. 18);

WHEREAS, by prior stipulation and order of this Court, plaintiffs' current deadline to file a First Amended Complaint is July 23, 2018;

WHEREAS defendants rescinded 24 Department of Justice guidance documents on July 3, 2018; and

WHEREAS plaintiffs require additional time to consider how, if at all, the repeal of these documents impacts its amended complaint;

NOW THEREFORE, the parties hereby stipulate that plaintiffs' deadline to file a First Amended Complaint shall be moved to July 30, 2018. Defendants' deadline to file a response to the First Amended Complaint shall remain unchanged (*i.e.*, September 27, 2018). The parties respectfully request that the Court so order, subject to further stipulation or Court order.

Respectfully submitted,

Dated: July 9, 2018

| | |
|---|---|
| DENNIS J. HERRERA<br>City Attorney<br>JESSE C. SMITH<br>RONALD P. FLYNN<br>YVONNE R. MERÉ<br>MOLLIE M. LEE<br>SARA J. EISENBERG<br>Deputy City Attorneys | CHAD A. READLER<br>Acting Assistant Attorney General<br>LESLEY R. FARBY<br>Assistant Branch Director, Civil Division<br>CESAR A. LOPEZ-MORALES<br>Trial Attorney |
| By: */s/ Sara J. Eisenberg*<br>SARA J. EISENBERG<br>Deputy City Attorney<br><br>Attorneys for Plaintiff<br>CITY AND COUNTY OF<br>SAN FRANCISCO | By: */s/ Cesar A. Lopez-Morales*<br>CESAR A. LOPEZ MORALES<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW, Rm. 6216<br>Washington, DC 20530<br>Tel: (202) 305-8550<br>Fax: (202) 616-8460<br>Email: cesar.a.lopez-morales@usdoj.gov<br><br>Attorneys for Defendants JEFFERSON B. SESSIONS III and UNITED STATES DEPARTMENT OF JUSTICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___July 10___, 2018

_____
JON S. TIGAR
United States District Judge

# ATTESTATION OF SIGNATURES

I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

      */s/ Sara J. Eisenberg*
Sara J. Eisenberg
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO