JOSEPH H. HUNT
Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director
Civil Division

CESAR A. LOPEZ-MORALES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 6126
Washington, DC 20530
Tel: (202) 305-8550
E-mail: cesar.a.lopez-morales@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

v.

JEFFERSON B. SESSIONS III,
Attorney General of the United States,
UNITED STATES DEPARTMENT OF JUSTICE,
DOES 1-100,

Defendants.

Case No. 3:18-cv-2068-JST

**STIPULATION AND
[~~PROPOSED~~] ORDER**

WHEREAS, defendants filed and served a notice of motion to dismiss plaintiff's original complaint on June 18, 2018 (Dkt. 18);

WHEREAS, by prior stipulation and order of this Court, plaintiff filed a First Amended Complaint on July 30, 2018 (Dkt. 30);

WHEREAS, the 119-paragraph amended complaint added new factual allegations and challenges defendants' rescission of eight guidance documents (Dkt. 30);

Stipulation and [~~Proposed~~] Order
CASE No. 3:18-cv-2068-JST

- 1 -

1     WHEREAS, by prior stipulation and order of this Court, defendants' current deadline to file a

2 response to the First Amended Complaint is September 27, 2018 (Dkt. 27);

3     WHEREAS, defendants intend to file a new notice of motion to dismiss plaintiff's First

4 Amended Complaint;

5     WHEREAS, the parties require no more than 5 additional pages, thereby exceeding the 25-page

6 limit set by the local rules, to address the new allegations and guidance documents added to the First

7 Amended Complaint;

8     WHEREAS, the parties anticipate that they will require additional time to file their respective

9 briefs in response to the motion to dismiss—specifically, plaintiff's opposition to the motion and

10 defendants' reply brief in support of the motion;

11     NOW THEREFORE, the parties hereby stipulate that: (i) defendants shall file a notice of motion

12 to dismiss and an accompanying memorandum of law not to exceed 30 pages and that plaintiff shall file

13 an opposition not to exceed 30 pages; (ii) plaintiff shall file its opposition to defendants' motion no later

14 than October 25, 2018; (iii) defendants shall file their reply brief in support of the motion no later than

15 November 13, 2018; and (iv) the motion hearing shall be set for ~~November 29, 2018~~, subject to the

16 Court's availability.     December 6, 2018

17

Dated: September 20, 2018

18

  DENNIS J. HERRERA                             JOSEPH H. HUNT
19   City Attorney                                            Assistant Attorney General
  JESSE C. SMITH                                LESLEY R. FARBY
20   RONALD P. FLYNN                         Assistant Branch Director
  YVONNE R. MERÉ                           CESAR A. LOPEZ-MORALES
21   MOLLIE M. LEE                                 Trial Attorney
  KENNETH WALCZAK
22   NATALIE ORR
  Deputy City Attorneys
23

  By: /s/ Natalie Orr                           By: /s/ Cesar A. Lopez-Morales
24       NATALIE ORR                                CESAR A. LOPEZ MORALES
      Deputy City Attorney                     Trial Attorney
25                                                         U.S. Department of Justice
  Attorneys for Plaintiff                     Civil Division, Federal Programs Branch
26   CITY AND COUNTY OF               20 Massachusetts Ave. NW, Rm. 6216
  SAN FRANCISCO                           Washington, DC 20530
27                                                          Tel: (202) 305-8550

28 Stipulation and [~~Proposed~~] Order
  CASE No. 3:18-cv-2068-JST

Email: cesar.a.lopez-morales@usdoj.gov

Attorneys for Defendants JEFFERSON B. SESSIONS III and UNITED STATES DEPARTMENT OF JUSTICE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __September 24__, 2018

_____
JON S. TIGAR
United States District Judge

Stipulation and [Proposed] Order
CASE No. 3:18-cv-2068-JST

## **ATTESTATION OF SIGNATURES**

I, Cesar A. Lopez-Morales, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

*/s/ Cesar A. Lopez-Morales*
Cesar A. Lopez-Morales
Trial Attorney

Attorney for Defendants

Stipulation and [Proposed] Order
CASE No. 3:18-cv-2068-JST