UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW WHITAKER, et al.,<br><br>Defendants. | Case No. 18-cv-02068-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 42 |

On December 10, 2018, the Court granted Defendants' motion to dismiss Plaintiff's complaint, concluding that Plaintiff had failed to demonstrate Article III standing. ECF No. 42. The Court dismissed without prejudice Plaintiff's claims but permitted Plaintiff to "file an amended complaint within 30 days." *Id.* at 23. Plaintiff did not file an amended complaint. Accordingly, the case is dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 20, 2019

JON S. TIGAR
United States District Judge